**Opinion filed March 18, 2021**



## In The

# Eleventh Court of Appeals

_____

## No. 11-21-00022-CV

_____

## CHRISTOPHER PERRICONE, Appellant

## V.

## KATIE BETH PERRICONE, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. C49295**

## M E M O R A N D U M   O P I N I O N

Appellant, Christopher Perricone, has filed in this court an unopposed motion to dismiss this appeal. In the motion, Appellant states that the parties to this appeal have resolved their dispute, and he asks that this appeal be dismissed. Appellant has certified that counsel for Appellee does not oppose the motion. In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Appellant's unopposed motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

March 18, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.